# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                           CASE NO. 5:17cr20-RH

RALPH HERMAN FOX, JR.,

        Defendant.

_____/

## PRETRIAL ORDER

This order confirms and adds to the rulings set out on the record of the hearing on November 21, 2017.

IT IS ORDERED:

1. The trial remains scheduled for Monday, December 4, 2017, and is first on the docket. An attorney conference will begin at 8:15 a.m., followed immediately by the remainder of the trial.

2. The government may file by 5:00 p.m. on November 28, 2017, a response to the pending motion to suppress.

3. By a separate notice, the clerk must set the motion to suppress for hearing on November 30, 2017.

4. The defendant's motion for production of material under *Brady v. Maryland*, 373 U.S. 83 (1963) is granted in part. The government must produce material related to prior allegations of sexual abuse of the same victim. No ruling is made on admissibility of evidence of any prior allegations. Any person who obtains information as a result of the disclosure required by this paragraph may use or disclose the material only as necessary for litigation of this case and must not otherwise use or disclose the material. The defendant's attorney may provide the information to the defendant only if and to the extent necessary for litigation of this case.

SO ORDERED on November 21, 2017.

s/Robert L. Hinkle<br>United States District Judge